AO91 (Rev. 12/03) Criminal Complaint  Felony  AUSA

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JUL 18 2019

David J. Bradley, Clerk of Court

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.
Jeffrey Allen II HINRICHS
A203 671 040 United States
Jesus Antonio VEGA
A203 671 039 United States

**CRIMINAL COMPLAINT**

Case Number: B-19- MJ - 744

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 16, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and in reckless disregard of the fact that three undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On July 16, 2019, Border Patrol Agents assigned to the Harlingen Station received a request for assistance from the Harlingen, TX Police Department (H.P.D.) at a convenience store in Combes, Texas.

Upon arrival, HPD officers informed Agents they stopped a white Dodge Challenger for driving erratically failing to maintain use on a single marked designated lane. The Officer identified the driver Jeffrey Allen HINRICHS and the front passenger Jesus Antonio VEGA as United States Citizens but was unable to properly identify the remaining three passengers. Officer then proceeded to request assistance from the United States Border Patrol. Agents arrived on scene and conducted an immigration inspection on all subjects encountered inside the Dodge Challenger. Agents confirmed the status of both the driver and the front passenger as United States Citizens. However, the remaining three passengers were illegally present in the United States. All 5 subjects were arrested and transported to the Harlingen Border Patrol Station for processing and final disposition.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

Fayett, Bernardo I.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 18, 2019                                     at     Brownsville, Texas
Date                                                      City/State

Ronald G. Morgan          U.S. Magistrate Judge
Name of Judge              Title of Judge

_____
Signature of Judge

# AFFIDAVIT
In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Jeffrey Allen II HINRICHS | Case Number: B-19- MJ-744 |
| A203 671 040  United States | |
| | |
| Jesus Antonio VEGA | |
| A203 671 039  United States | |

Once at the Harlingen Station, Agents initiated a smuggling investigation. Agents discovered through, photo lineups, and testimony provided by two individual subjects serving as Material Witnesses, that Jeffrey Allen HINRICHS and Jesus Antonio Vega were knowingly transporting undocumented aliens for monetary gain.

SUBSCRIBED and SWORN to before me on

_____18th_____ day of _____July, 2019_____

_____
Signature of Judicial Officer

_____
Signature of Complainant